UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ROCKSTAR CONSORTIUM US LP, AND MOBILESTAR TECHNOLOGIES LLC<br><br>PLAINTIFFS<br><br>v.<br><br>HUAWEI INVESTMENT & HOLDING CO., LTD., HUAWEI TECHNOLOGIES CO., LTD., HUAWEI DEVICE (HONG KONG) CO., LTD, HUAWEI TECHNOLOGIES USA, INC., HUAWEI DEVICE USA INC., HUAWEI TECHNOLOGIES COOPERATIEF U.A., and FUTUREWEI TECHNOLOGIES, INC.<br>DEFENDANTS. | Civil Action No. 2:13-cv-00896<br><br>JURY TRIAL REQUESTED |

## PLAINTIFF ROCKSTAR CONSORTIUM US LP's RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Civil Procedure Rule 7.1, Plaintiff Rockstar Consortium US LP ("Rockstar") files this Disclosure Statement and states that Rockstar Consortium LLC is the general partner of Rockstar. Rockstar further states that the publicly-traded companies that directly or indirectly own 10% or more of Rockstar are Apple Inc., Blackberry Limited, Telefonaktiebolaget LM Ericsson (publ), and Microsoft Corporation.

DATED: October 31, 2013.

Respectfully submitted,
**MCKOOL SMITH, P.C.**

*/s/ Theodore Stevenson*
Mike McKool, Jr.
Texas Bar No. 13732100
mmckool@mckoolsmith.com
Douglas A. Cawley
Texas Bar No. 0403550
dcawley@mckoolsmith.com
Theodore Stevenson, III
Lead Attorney
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
David Sochia
Texas State Bar No. 00797470
dsochia@mckoolsmith.com
**MCKOOL SMITH P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

**ATTORNEYS FOR PLAINTIFFS ROCKSTAR CONSORTIUM US, LP AND MOBILESTAR TECHNOLOGIES LLC**